# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

CHERI SWEET,

    Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:08-CV-00769

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 14), REVERSES this case pursuant to Sentence Four of 42 U.S.C. § 405(g), FINDS the decision of the Commissioner that Plaintiff was not entitled to a period of disability and disability income benefits beginning on June 1, 2003 NOT SUPPORTED BY SUBSTANTIAL EVIDENCE, and REMANDS this case for an immediate award of benefits.

| 1/13/2010 | JAMES BONINI, CLERK |
|---|---|
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |